

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:            01-13-00477-CR

Style:                   Sergio Gordillo

                         **v.** The State of Texas

Date motion filed*:      January 7, 2014

Type of motion:          Motion to abate appeal to supplement incomplete reporter's record

Party filing motion:     Appellant

Document to be filed:

Is appeal accelerated?      No

If motion to extend time:

    Original due date:

    Number of previous extensions granted:            Current Due date:

    Date Requested:

Ordered that motion is:

☐       Granted

       If document is to be filed, document due:

☐       The Court will not grant additional motions to extend time absent extraordinary circumstances.

☐       Denied

☑       Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☐       Other: _____

    On January 6, 2014, a reporter's record of the April 8, 2013 hearing on motion for continuance was filed with this Court. Accordingly, we dismiss appellant's motion.

Judge's signature: /s/ <u>Justice Jim Sharp</u>
        ☑   Acting individually    ☐  Acting for the Court

Panel consists of _____

Date: January 16, 2014

November 7, 2008 Revision